UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Myron Wagner

Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20 Mag. 8133

Defendant Myron Wagner hereby voluntarily consents to participate in the following proceeding via  x ☐ videoconferencing and/or xx ☒ teleconferencing:

☐ Initial Appearance Before a Judicial Officer

☐ Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☐ Guilty Plea/Change of Plea Hearing

☐ Bail/Detention Hearing

☐ Conference Before a Judicial Officer - Assignment of Counsel

☒ Substitution of Counsel

/s/ Myron Wagner, electronic signature placed by USMJ Lisa Margaret Smith with permission from the Defendant
_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

_____
Defendant's Counsel's Signature

Myron Wagner
_____
Print Defendant's Name

Kerry A. Lawrence
_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

8/17/2020
_____
Date

Lisa Margaret Smith
_____
~~U.S. District Judge~~/U.S. Magistrate Judge