# UNITED STATES DISTRICT COURT
### THE CHARLES L. BRIEANT, JR.
FEDERAL BUILDING AND UNITED STATES COURTHOUSE
3OO QUARROPAS ST.
WHITE PLAINS, NEW YORK 10601
914-390-4251

Chambers of
**Hon, Paul E. Davison**
United States Magistrate Judge

| USDC SDNY |
|---|
| Document |
| Electronically Filed |
| Doc # _____ |
| Date Filed:  8/19/20 |

United States District Court
Southern District of New York

---------------------------------------------------------X

United States of America,

                         Plaintiff

       -against-

Myron Wagner

                      Defendant

---------------------------------------------------------X

**SCHEDULING ORDER**

20-MJ-8133-UA

TO ALL PARTIES:

The Court has scheduled an Arraignment on an Indictment for 8/31/2020 at  3:00  pm  before Magistrate Judge Paul E. Davison. To access the conference, counsel should call 877-336-1839 and use access code 5999739.  Members of the press and public may call the same number, but will not be permitted to speak during the conference.

Dated:  August 19, 2020
       White Plains, New York

                                       SO ORDERED:

                                       s/       PED
                                       _____

                                     PAUL E. DAVISON
                                     United States Magistrate Judge