UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Myron Wagner

Defendant(s).
-------------------------------------------------------------------X

**CONSENT TO PROCEED BY**
**VIDEO OR TELE CONFERENCE**

20-CR-410-UA   NSR

Defendant Myron Wagner hereby voluntarily consents to participate in the following proceeding via ☒ videoconferencing or ☒ teleconferencing:

☐   Initial Appearance Before a Judicial Officer

☒   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☐   Guilty Plea/Change of Plea Hearing

☐   Bail/Detention Hearing

☐   Conference Before a Judicial Officer - Assignment of Counsel


_Myron Wagner/PED_
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_Myron Wagner_
Print Defendant's Name

_Kerry A. Lawrence_
Defendant's Counsel's Signature

Kerry A. Lawrence
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

8/31/20
Date

_____
U.S. District Judge/U.S. Magistrate Judge