UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S.A.,

-against-

MYRON WAGNER,

Defendant.

20-CR-410 (NSR)
ORDER

NELSON S. ROMÁN, United States District Judge:

Defendant MYRON WAGNER ("Defendant") is charged in a one count indictment with being a felon in possession of a firearm in violation of Title 18 U.S.C. § 922(g)(1) and (2). The parties appeared before the Court on September 14, 2020 for an initial conference. The Government represents that it can present most of the materials on or before October 30, 2020. Accordingly the Court directs the Government to provide all outstanding discovery to Defendant's counsel on or before October 30, 2020. The matter is adjourned to November 5, 2020 at 11:00 a.m. to permit for the exchange discovery and allows the parties to engage in plea discussions. Over the objection of the Defendant, the Court determines that the time between September 14, 2020 and November 5, 2020 is excludable under the Speedy Trial Act, 18 U.S.C. § 3161, upon a finding that the ends of justice is served and outweighs the best interest of the public and the defendant in a speedy trial in order to permit for the production and exchange of discover, and to allow for plea discussions to take place.

Dated: September 14, 2020
White Plains, New York

SO ORDERED:

_____
HON. NELSON S. ROMÁN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/14/2020