UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------x

UNITED STATES OF AMERICA

       -against-

MYRON WAGNER,

              Defendant.

-----------------------------------------------------x

**ORDER**

20 Cr. 410 (NSR)

**NELSON S. ROMÁN, U.S.D.J.:**

The C.J.A. attorney assigned to this case ____Joseph P. Facciponti____ is hereby ordered substituted
                                                                Attorney's Name

and the representation of the defendant in the above captioned matter is assigned to C.J.A. attorney

____Theodore S. Green____.
        Attorney's Name

Clerk of Court requested to terminate the motion (doc. 18).

SO ORDERED.

_____
NELSON S. ROMÁN,
UNITED STATES DISTRICT JUDGE

Dated:   White Plains, New York
            November 5, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/5/2020