UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

UNITED STATES OF AMERICA

            -against-

MYRON WAGNER,

            Defendant.

-------------------------------------------------------x

**ORDER**

20 Cr. 410 (NSR)

**NELSON S. ROMÁN, U.S.D.J.:**

The C.J.A. attorney assigned to this case ___Theodore S. Green___ is hereby ordered substituted
                                                                        Attorney's Name

and the representation of the defendant in the above captioned matter is assigned to C.J.A. attorney

_____Francis Lee O'Reilly_____.
          Attorney's Name

Clerk of Court requested to terminate the motion (doc. 21).

SO ORDERED.

Dated: White Plains, New York
         November 16, 2020

_____
NELSON S. ROMÁN,
UNITED STATES DISTRICT JUDGE



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/16/2020