# O'REILLY & SHAW, L.L.C.
## ATTORNEYS AT LAW

FRANCIS L. O'REILLY
JANE FORD SHAW
JUSTIN PUGH

41 UNQUOWA PLACE
FAIRFIELD, CT 06824
TEL: (203) 319-0707
FAX: (203) 319-0128

December 2, 2020

Honorable Nelson S. Roman
United States District Court
Southern District of New York
300 Quarropas Street
White Plains. NY 10601

```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #: _____          │
│ DATE FILED: 12/10/2020               │
└─────────────────────────────────────┘
```

Re:    United States v. Myron Wagner
       DK#7:20CR410(NSR)

Dear Judge Roman:

      Please be informed I have discussed with Mr. Wagner his right to be present in person at the Status Conference scheduled for December 3, 2020, and he has agreed to waive his right to an in person hearing and to proceed telephonically.

Very truly yours,

Francis L. O'Reilly

Upon review of the letter motion filed at ECF No. 26, it is clear that Defendant Wagner's letter does not seek any relief, and was improperly filed as a motion. The Court of the Clerk is directed to terminate the Motion at ECF No. 26.

Dated: 12/10/2020
    White Plains, NY

SO ORDERED:

NELSON S. ROMAN
United States District Judge