# O'REILLY & SHAW, L.L.C.
### ATTORNEYS AT LAW

FRANCIS L. O'REILLY
JANE FORD SHAW

41 UNQUOWA PLACE
FAIRFIELD, CT 06824
TEL: (203) 319-0707
FAX: (203) 319-0128

MEMO ENDORSED

October 22, 2021

Honorable Nelson S. Roman
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:  United States v. Myron Wagner,
     DK#7:20CR410(NSR)

Dear Judge Roman:

> Deft's request for a extension of time until Nov. 5, 2021 to file motion in limine moving papers and, separately, respond to the Govt's motion in limine is GRANTED with consent of the Gov't. Counsel is reminded to provide the Court with two hard courtesy copies. Clerk of Court requested to terminate the motion (doc. 37).
> Dated: Oct. 22, 2021
> SO ORDERED:
> *[signature]*
> HON. NELSON S. ROMAN
> UNITED STATES DISTRICT JUDGE

Please accept this letter as a consent request for a two week extension, until November 5, 2021, in which to file Motions in Limine in the above referenced case. The current scheduling order directs that Motions in Limine be filed by today, October 22, 2021. The undersigned had this due date mis-calendared and therefore has not researched and prepared the Motions in Limine in a timely fashion. The undersigned has contacted Assistant United States Attorney Shiva Logarajah, and he has no objection to this request so long as any response by the undersigned to the Government's Motions in Limine be filed by November 5, 2021, as well. Therefore for all of the above reasons the undersigned respectfully requests a two week extension of time, until November 5, 2021, in which to file the Motions in Limine, in this case.

Very truly yours,

*[signature]*

Francis L. O'Reilly

cc:  Shiva Logarajah, Esq., AUSA

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/22/2021
```

www.oreillyandshaw.com