**MEMO ENDORSED**



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

November 8, 2021

**BY CM/ECF**
The Honorable Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

> The Govt's request to extend the briefing schedule is GRANTED, with Deft's consent, as follows: the Govt's opposition to Deft's motion in limine and it's reply to Deft's opposition shall be filed on Nov. 18, 2021; and Deft's reply to the Govt's opposition shall be filed on Nov. 29, 2021. Clerk of Court requested to terminate the motion (doc. 43).
> Dated: Nov. 10, 2021   SO ORDERED:
> HON. NELSON S. ROMÁN
> UNITED STATES DISTRICT JUDGE

Re:   *United States* v. *Myron Wagner*, 20 Cr. 410 (NSR)

Dear Judge Román:

The Government respectfully requests, with the consent of the defendant, a proposed modified schedule to file its (i) opposition to the defendant's motions *in limine* (ECF No. 41), and (ii) reply to the defendant's opposition to the Government's previously-filed motions *in limine* (ECF No. 42).

As background, the defendant previously sought, and the Court granted, a two-week extension to November 5 to file his motions *in limine*. (ECF No. 38.) The Government had filed its motions *in limine* on October 22, consistent with the schedule the Court set at the last pretrial conference on March 31. (ECF No. 39.) On November 4, the defendant filed his opposition to the Government's motions *in limine* as well as his own motions *in limine*. (ECF Nos. 41-42.)

The Government now respectfully requests that it be allowed to file its (i) opposition to the defendant's motions *in limine,* and (ii) its reply to the defendant's opposition to the Government's motions *in limine* by November 18. The Government also respectfully requests that the Court set November 29 as the deadline for the defendant's reply brief. As noted above, the defendant consents to the proposed modified schedule.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____/s/_____
Shiva H. Logarajah / Nicholas S. Bradley
Assistant United States Attorneys
(914) 993-1918 / -1962

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  11/10/2021