UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

UNITED STATES OF AMERICA

           -against-

MYRON WAGNER,

           Defendant.

------------------------------------------------------x

**ORDER**

20 Cr. 410 (NSR)

**NELSON S. ROMÁN, U.S.D.J.:**

The C.J.A. attorney assigned to this case _____Francis Lee O'Reilly_____ is hereby ordered substituted
                                                                      Attorney's Name

and the representation of the defendant in the above captioned matter is assigned to C.J.A. attorney

_____Bruce Koffsky_____ effective November 17, 2021.
          Attorney's Name

Clerk of Court requested to terminate the motion (doc. 40).

SO ORDERED.

Dated:   White Plains, New York
           November 18, 2021

_____
NELSON S. ROMÁN,
UNITED STATES DISTRICT JUDGE

