UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

        USA,

        - against -

MYRON WAGNER,

                      Defendant(s).
-------------------------------------------------------x

**SCHEDULING ORDER**

20 Cr. 410 (NSR)

NELSON S. ROMÁN, U.S.D.J.:

      The Assignment Committee has scheduled this case for a **firm six (6) day jury trial date to commence on January 12, 2022 (in a courtroom to be determined)**. Jury selection will be conducted on January 12-13, 2022 at 9:30 am in the Jury Assembly Room, unless otherwise notified by chambers, with trial to commence immediately thereafter.

      Voir dire, request to charge, all proposed jury instructions, proposed verdict sheet, witness lists, exhibit lists and copies of premarked, tabbed exhibits (in binders) shall be submitted to chambers by December 20, 2021. 3500 materials are due December 27, 2021. Two sets of all the above documents are due the morning of the respective deadline date. **Any additional motion(s) in limine must be completely filed by December 30, 2021.** The parties are directed to provide 2 hard copies and one electronic copy of all motion documents to chambers as the papers are filed.

1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/6/2021

A **Final Pretrial Conference via teleconference is scheduled for January 6, 2022 at 11:00 am with an alternate date of January 7, 2022 at 11:00 am** unless otherwise notified by chambers.

                                                SO ORDERED.

Dated:  White Plains, NY
        December 6, 2021

                                                Hon. Nelson S. Román, U.S.D.J.