

**MEMO ENDORSED**

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*50 Main Street, Suite 1100*
*White Plains, New York 10606*

December 5, 2022

> The Govt's request to adjourn the in-person Sentencing from Jan. 11, 2023 until Feb. 16, 2023 at 9:45 am is GRANTED with Deft's consent. Clerk of Court is requested to terminate the motion at ECF No. 93.
> Dated: White Plains, NY
> Dec. 5, 2022
>
> SO ORDERED:
> HON. NELSON S. ROMÁN
> UNITED STATES DISTRICT JUDGE

**BY CM/ECF**

The Honorable Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    *United States* v. *Myron Wagner*, 20 Cr. 410 (NSR)

Dear Judge Román:

    The Government respectfully writes, with defense counsel's consent, to request a 30-day adjournment of sentencing in this case, which was recently rescheduled to January 11, 2023. (ECF No. 92.) The proposed adjournment would promote efficiency by ensuring that the undersigned AUSAs who tried the case will be present for sentencing. The Government previously informed Chambers regarding immovable conflicts that both undersigned AUSAs have on the current date.

    Accordingly, the Government respectfully requests that the Court adjourn the defendant's sentencing approximately 30 days to a date convenient for the Court in mid-February 2023. Defense counsel consents to the request.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

by: _____
    Nicholas S. Bradley / Shiva H. Logarajah
    Assistant United States Attorneys
    (212) 637-1581 / -2272

Cc:    Bruce Koffsky, Esq. (counsel for defendant) (by CM/ECF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/5/2022